Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18–14652–VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Helen Tomaskovic
  136 Avondale Avenue
  Clifton, NJ 07013

Social Security No.:
  xxx–xx–6202

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 3/9/18 and a confirmation hearing on such Plan has been scheduled for 6/21/18.

The debtor filed a Modified Plan on 6/20/18 and a confirmation hearing on the Modified Plan is scheduled for 7/19/18 at 10:00 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

    A full copy of the modified Plan will follow this notice.

Dated: June 21, 2018
JAN: wdh

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-14652-VFP
Helen Tomaskovic                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Jun 21, 2018
                              Form ID: 186             Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 23, 2018.
db          +Helen Tomaskovic,    136 Avondale Avenue,    Clifton, NJ 07013-3204
517378949    American Express,    PO Box 360001,    Fort Lauderdale, FL 33336-0001
517466287    American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
              Malvern PA 19355-0701
517472425    Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517378950   +Citibank-Sears,    c/o LVNV Funding, LLC,    Pressler & Pressler, LLP,    7 Entin Road,
              Parsippany, NJ 07054-5020
517417293   +Deutsche Bank National Trust Co. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
              8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517378951   +HSBC Bank USA,    c/o RAS Cintron, LLC,    130 Clinton Road, Suite 202,
              Fairfield, NJ 07004-2927
517378954   +Phelan, Hallinan, Diamond & Jones, PC,    400 Fellowship Road, Suite 100,
              Mount Laurel, NJ 08054-3437
517378955   +Specialized Loan Servicing/SLS,    PO Box 636005,    Littleton, CO 80163-6005
517378956    St Mary's Hospital,    c/o RMB, Inc.,    409 Bearden Park Circle,    Knoxville, TN 37919-7448
517378957   +Township of West Milford,    1480 Union Valley Road,    West Milford, NJ 07480-1338

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jun 22 2018 00:30:25      U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 22 2018 00:30:21      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
cr          +E-mail/PDF: gecsedi@recoverycorp.com Jun 22 2018 00:28:18
              Synchrony Bank, c/o PRA Recievables Management, LL,    POB 41021,    Norfolk, VA 23541-1021
517378952   +E-mail/Text: bnckohlsnotices@becket-lee.com Jun 22 2018 00:29:35      Kohls/Capital One,
              Kohls Credit,    Po Box 3043,    Milwaukee, WI 53201-3043
517530412    E-mail/PDF: resurgentbknotifications@resurgent.com Jun 22 2018 00:28:24
              LVNV Funding, LLC its successors and assigns as,    assignee of New Century Financial,
              Services Inc.,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517380441   +E-mail/PDF: gecsedi@recoverycorp.com Jun 22 2018 00:28:18      Synchrony Bank,
              c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517378958   +E-mail/Text: collect@williamsalexander.com Jun 22 2018 00:29:52      Waassociates,    Po Box 2148,
              Wayne, NJ 07474-2148
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517378953      Mark Tomaskovic
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2018                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 21, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               GSAMP Trust 2006-FM1, Mortgage Pass-Through Certificated, Series 2006-FM1
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee
               for GSAMP Trust 2006-FM1, Mortgage Pass-Through Certificated, Series 2006-FM1
               kmcdonald@blankrome.com,    bkgroup@kmllawgroup.com
              Leonard R Boyer    on behalf of Debtor Helen   Tomaskovic lrbnjesq@gmail.com,
               lrbnjlaw@gmail.com;mcordova48890@aol.com;r.lr73573@notify.bestcase.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Jun 21, 2018
                              Form ID: 186             Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

TOTAL: 5