UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

_____

BOYER COFFY, LLC
970 Clifton Avenue, Suite 201
Clifton, New Jersey 07013
Tel. No. (973) 798-6131
Fax No. (201) 503-8150
Bar ID 010241984

In Re:

Helen Tomaskovic

Order Filed on January 29, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  18-14652

Chapter:  13

Judge:  VFP

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 29, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____08/16/2018_____ :

Property:    136 Avondale Avenue, Clifton, New Jersey 07013

Creditor:    Specialized Loan Servicing, LLC

and a Request for

- ☑ Extension of the 90 day Loss Mitigation Period having been filed by _____debtor_____, and for good cause shown

- ❑ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____04/24/2019_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2