# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−14652−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Helen Tomaskovic
   136 Avondale Avenue
   Clifton, NJ 07013

Social Security No.:
   xxx−xx−6202

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on July 25, 2018.

On 9/11/19 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Vincent F. Papalia on:

Date:                October 17, 2019
Time:                08:30 AM
Location:            Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: September 11, 2019
JAN: wdh

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 18-14652-VFP
Helen Tomaskovic                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 2           Date Rcvd: Sep 11, 2019
                               Form ID: 185             Total Noticed: 17

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 13, 2019.
db             +Helen Tomaskovic,    136 Avondale Avenue,    Clifton, NJ 07013-3204
517466287       American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
517472425       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517378950      +Citibank-Sears,    c/o LVNV Funding, LLC,    Pressler & Pressler, LLP,    7 Entin Road,
                 Parsippany, NJ 07054-5020
517417293      +Deutsche Bank National Trust Co. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517378951      +HSBC Bank USA,    c/o RAS Cintron, LLC,    130 Clinton Road, Suite 202,
                 Fairfield, NJ 07004-2927
517378954      +Phelan, Hallinan, Diamond & Jones, PC,    400 Fellowship Road, Suite 100,
                 Mount Laurel, NJ 08054-3437
517378955      +Specialized Loan Servicing/SLS,    PO Box 636005,    Littleton, CO 80163-6005
517378956       St Mary's Hospital,    c/o RMB, Inc.,    409 Bearden Park Circle,    Knoxville, TN 37919-7448
517378957      +Township of West Milford,    1480 Union Valley Road,    West Milford, NJ 07480-1338

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 12 2019 00:08:24     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 12 2019 00:08:18     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Sep 12 2019 00:03:15
                 Synchrony Bank, c/o PRA Recievables Management, LL,    POB 41021,   Norfolk, VA 23541-1021
517378952      +E-mail/Text: bncnotices@becket-lee.com Sep 12 2019 00:07:22     Kohls/Capital One,
                 Kohls Credit,    Po Box 3043,    Milwaukee, WI 53201-3043
517530412       E-mail/PDF: resurgentbknotifications@resurgent.com Sep 12 2019 00:05:08
                 LVNV Funding, LLC its successors and assigns as,    assignee of New Century Financial,
                 Services Inc.,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517380441      +E-mail/PDF: gecsedi@recoverycorp.com Sep 12 2019 00:04:51     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517378958      +E-mail/Text: collect@williamsalexander.com Sep 12 2019 00:07:51     Waassociates,    Po Box 2148,
                 Wayne, NJ 07474-2148
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517378953       Mark Tomaskovic
517378949      ##American Express,    PO Box 360001,    Fort Lauderdale, FL 33336-0001
                                                                                   TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 11, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               GSAMP Trust 2006-FM1, Mortgage Pass-Through Certificated, Series 2006-FM1
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee
               for GSAMP Trust 2006-FM1, Mortgage Pass-Through Certificated, Series 2006-FM1
               kmcdonald@blankrome.com, bkgroup@kmllawgroup.com
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Sep 11, 2019
                              Form ID: 185             Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Leonard R Boyer   on behalf of Debtor Helen  Tomaskovic lrbnjesq@gmail.com, mcordova48890@aol.com;r.lr73573@notify.bestcase.com;aocasio768@aol.com
        Marie-Ann  Greenberg   magecf@magtrustee.com
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov

                                                                        TOTAL: 5